IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | NO. 2:19-CR-00009-KS-MTP |
| HOPE EVANGUALE THOMLEY<br>HOWARD RANDALL THOMLEY | |

### ORDER

The Court [**grants**] Defendant Randy Thomley's Agreed Motion to File Under Seal. The Agreed Motion to Continue Sentencing may be filed under seal.

SO ORDERED AND ADJUDGED this _24th_ day of October, 2019.

                           ___s/Keith Starrett_____
                           KEITH STARRETT
                           UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ *Rachel M. Riley*
Rachel M. Riley
Texas Bar No. 24093044
Rachel.Riley@kattenlaw.com
*Admitted pro hac vice*
Katten Muchin Rosenman LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Telephone: 214.765.3680
Facsimile: 214.765.3602